EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ROBERT CHAVEZ,<br><br>Plaintiff,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-01845 RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFF ROBERT CHAVEZ** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Robert Chavez and Defendant Olin

Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an

Order dismissing with prejudice all claims asserted by Plaintiff Robert Chavez as to

1  defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to

2  date in this action.

3  Dated: _____8/4/05_____

4

5                                    Respectfully submitted,

6
                                     ALEXANDER, HAWES & AUDET, LLP
7

8                                    By: _____

9                                        RICHARD ALEXANDER, Cal. Bar #48432
                                         JEFFREY W/ RICKARD, Cal. Bar #125180
10                                       RYAN M. HAGAN, Cal. Bar #200850
                                         152 North Third Street, Suite 600
11                                       San Jose, CA 95112
                                         Telephone:  (408) 289-1776
12                                       Facsimile:  (408) 287-1776

13                                   Attorneys for Plaintiff Robert Chavez

14
                                     HUSCH & EPPENBERGER, LLC
15

16                                   By: _____/s/ Carol A. Rutter_____
                                         THOMAS M. CARNEY, admitted *pro hac vice*
17                                       CAROL A. RUTTER, admitted *pro hac vice*
                                         190 Carondelet Plaza, Suite 600
18                                       St. Louis, MO  63105-3441
                                         Telephone:  (314) 480-1500
19                                       Facsimile:  (314) 480-1505

20                                       RANDALL C. CREECH, Cal. Bar #65542
                                         CREECH, LIEBOW & KRAUS
21                                       333 West San Carlos Street
                                         Suite 1600
22                                       San Jose, CA  95110
                                         Telephone:  (408) 993-9911
23                                       Facsimile:  (408) 993-1335

24                                   Attorneys for Defendant Olin Corporation

25

26

27

28

2056037.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff
Robert Chavez - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| ROBERT CHAVEZ, | ) | Case No.: C 03-01845 RMW |
| | ) | |
| Plaintiff, | ) | **ORDER DISMISSING WITH** |
| | ) | **PREJUDICE DEFENDANT OLIN** |
| v. | ) | **CORPORATION BY PLAINTIFF** |
| | ) | **ROBERT CHAVEZ** |
| OLIN CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER coming on the motion of Plaintiff Robert Chavez and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiff Robert Chavez's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005    *Ronald M. Whyte*

2056037.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Robert Chavez - 3**